The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LOOP XPRESS, INC., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDEEP SINGH DHOT, d/b/a DHOT TRANSPORT, an individual,<br><br>Defendant. | Civil Action No. 2:25-cv-02323-RSL<br><br>THIRD STIPULATED MOTION AND ORDER TO CONTINUE STAY OF PROCEEDING |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1), the parties, through their undersigned counsel, respectfully request the Court continue its stay of this proceeding through June 15, 2026. The parties have made substantial progress in their discussions towards resolving this dispute and require this additional time to further negotiate their finals terms in attempting to resolve Plaintiff's claims. In the event the stay expires, the Defendant shall lodge his response to Plaintiff's Complaint on the later of July 1, 2026 or, upon notice to Defendant of its preparation prior to June 15, 2026, 14 days following the service of an amended complaint.

This is the parties' third request seeking stay of proceeding, as the Court previously granted the parties' Joint Motion of February 18, 2026 staying proceedings until March 31, 2026, and parties' Second Joint Motion of March 30, 2026 staying proceedings until May 4, 2026. Dkts. 10, 12.

THIRD STIPULATED MOTION AND ORDER TO
CONTINUE STAY OF PROCEEDING (2:25-
cv-02323-RSL) - 1

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

DATED this 14th day of May, 2026


 ANDREW D. SHAFER | PS                   COLLIER WALSH NAKAZAWA LLP


s/ Andrew Shafer (via email authorization)   s/ Zachary Farley
Andrew D. Shafer, WSBA #9405             Zachary J. Farley, WSBA #58913
ashafer@sksp.com                         zachary.farley@cwn-law.com
50 – 116th Ave. SE, Suite 201            506 Second Avenue, Suite 2500
Bellevue, WA 98004                       Seattle, Washington 98104
Phone (206) 799 5128                     Phone (206) 558 2110
Fax (205) 223-3929                       Fax (206) 502 4253

Attorneys for Plaintiff                  Attorneys for Defendant Sandeep Singh Dhot

THIRD STIPULATED MOTION AND ORDER TO          COLLIER WALSH NAKAZAWA LLP
CONTINUE STAY OF PROCEEDING (2:25-            506 Second Avenue, Suite 2500
cv-02323-RSL) - 2                             Seattle, Washington 98104
                                              (206) 558 2110

**ORDER**

IT IS SO ORDERED.


DATED:  May 15, 2026.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE


Presented by:

COLLIER WALSH NAKAZAWA LLP


s/ Zachary Farley_____
Zachary J. Farley, WSBA #58913
zachary.farley@cwn-law.com
506 Second Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 558 2110
Fax (206) 502 4253

Attorneys for Defendant Sandeep Singh
Dhot

ANDREW D. SHAFER | PS


 s/ Andrew Shafer (via email authorization)
Andrew D. Shafer, WSBA #9405
ashafer@sksp.com
50 – 116th Ave. SE, Suite 201
Bellevue, WA 98004
Phone (206) 799 5128
Fax (205) 223-3929

Attorneys for Plaintiff

THIRD STIPULATED MOTION AND ORDER TO
CONTINUE STAY OF PROCEEDING (2:25-
cv-02323-RSL) - 3

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110