The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| LOOP XPRESS, INC., an Ohio corporation, | Civil Action No. 2:25-cv-02323-RSL |
| Plaintiff, | FOURTH STIPULATED MOTION AND ORDER TO CONTINUE STAY |
| v. | |
| SANDEEP SINGH DHOT, d/b/a DHOT TRANSPORT, an individual, | |
| Defendant. | |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1), the parties, through their undersigned counsel, respectfully request the Court to stay this proceeding through July 31, 2026. The parties continue to be in regular contact through counsel and are making substantial progress in their discussions towards resolving this dispute and require this additional time to further negotiate their final terms in attempting to resolve Plaintiff's claims. In the event the stay expires, the Defendant shall lodge his response to Plaintiff's Complaint on August 14, 2026.

This is the parties' fourth request seeking stay of proceeding, as the Court previously granted the parties' Joint Motion of February 18, 2026 staying proceedings until March 31, 2026, parties' Second Joint Motion of March 30, 2026 staying proceedings until May 4, 2026, and parties' Third Joint Motion of May 14, 2026 staying proceedings until June 15, 2026. Dkts. 10, 12, 14.

FOURTH STIPULATED MOTION AND
ORDER TO CONTINUE STAY OF
PROCEEDING (2:25-cv-02323-RSL) - 1

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

DATED this 30th day of June, 2026

ANDREW D. SHAFER | PS

s/ Andrew Shafer (via email authorization)
Andrew D. Shafer, WSBA #9405
ashafer@sksp.com
50 – 116th Ave. SE, Suite 201
Bellevue, WA 98004
Phone (206) 799 5128
Fax (205) 223-3929

Attorney for Plaintiff

COLLIER WALSH NAKAZAWA LLP

s/ Zachary Farley
Zachary J. Farley, WSBA #58913
zachary.farley@cwn-law.com
506 Second Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 558 2110
Fax (206) 502 4253

Attorney for Defendant

FOURTH STIPULATED MOTION AND
ORDER TO CONTINUE STAY OF
PROCEEDING (2:25-cv-02323-RSL) - 2

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

**ORDER**

IT IS SO ORDERED.

DATED:  July 1, 2026

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

COLLIER WALSH NAKAZAWA LLP


s/ Zachary Farley_____
Zachary J. Farley, WSBA #58913
zachary.farley@cwn-law.com
506 Second Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 558 2110
Fax (206) 502 4253

Attorney for Defendant


ANDREW D. SHAFER | PS


 s/ Andrew Shafer (via email authorization)
Andrew D. Shafer, WSBA #9405
ashafer@sksp.com
50 – 116th Ave. SE, Suite 201
Bellevue, WA 98004
Phone (206) 799 5128
Fax (205) 223-3929

Attorney for Plaintiff

FOURTH STIPULATED MOTION AND
ORDER TO CONTINUE STAY OF
PROCEEDING (2:25-cv-02323-RSL) - 3

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110